IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN - 5 2001

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**2-01CV-0216J**

| | |
|---|---|
| JOSEPH ABEYTA | § |
| ELSIE MARIE AVILA ACEVES | § |
| RAMIRO ACEVES | § |
| IRMA Y. ACOSTA | § |
| JAIME ACOSTA | § |
| JOSE ACOSTA | § |
| CAYETANO AGUAYO | § |
| ANGELITA AGUILAR | § |
| CARMEN AGUILAR | § |
| JAIME AGUILAR | § |
| LUIS I. AGUILAR | § |
| MARIA AGUILAR | § |
| MARICELA AGUILAR | § |
| MARTHA AGUILAR | § |
| MIGUEL AGUILAR | § |
| RIGOBERTO AGUILAR | § |
| FRANCISCO AGUIRRE | § |
| JOE AGUIRRE | § |
| JOSE AGUIRRE | § |
| TRACY AGUIRRE | § |
| FRANCISCO ALANIZ | § |
| JOSE N. ALANIS | § |
| ELIZABETH ALARCON | § |
| FRANCISCO ALARCON | § |
| MARTH ALARCON | § |
| SILVINO ALARCON | § |
| PAULINE ALBA | § |
| FRANK ALCANTAR | § |
| SALVADOR ALCANTAR | § |
| MARIA ALCARAZ | § |
| ELVIRA ALDANA | § |
| JESUS ALFAROZ | § |
| ERNESTO ALMANZA | § |
| MARIA ALVA | § |

Plaintiffs' Original Complaint                    1

**JORGE ALVIDREZ**                    §
**RAMON ANCHONDO**                    §
**CECILIA ANGUINAGA**                 §
**JUAN ANGUIANAGA**                   §
**VALENTIN ANGUINAGA**                §
**MANUELA ARANDA**                    §
**ARGELIA ARELLANES**                 §
**GERMAN V. ARELLANES**               §
**IRMA ARELLANES**                    §
**JOEL ARELLANES**                    §
**ANDREZ ARELLANO**                   §
**ROSA ARELLANO**                     §
**RUBEN ARELLANO**                    §
**RAFAEL ARELLANOS**                  §
**JOSEFINA ARENIVAR**                 §
**SAUL AREVALO**                      §
**GUADALUPE ARMADILLO**               §
**BALDEMAR ARMENDARIZ**               §
**BERTHA ARMENDARIZ**                 §
**HECTOR ARMENDARIZ**                 §
**RAYMUNDO ARMENDARIZ**               §
**RAUL ARPERO**                       §
**CANDELARIO ARREDONDO**              §
**CONRADO ARREDONDO**                 §
**ROSA ARRELLANES**                   §
**ELODIO ARROYOS**                    §
**VERONICA ARZATE**                   §
**ALAN ATKINS**                       §
**JAMES R. ATKISSON**                 §
**HERMELINDA AVALOS**                 §
**CARLOS AVILA**                      §
**GERARDO AVILA**                     §
**HILDA AVILA**                       §
**JAIME AVILA**                       §
**JOSE AVILA**                        §
**MARIA AVILA**                       §
**MARIA AVILA**                       §
**MARCIA AYALA**                      §
**ERNESTO BACA**                      §
**GILBERTO PINON BAILON**             §

MARIA E. BAILON                        §
MARTHA BALDERAS                        §
MARIA M. BANDA                         §
ISMAEL BANUELOS                        §
JESUSITA BANUELOS                      §
NIDIA BANUELOS                         §
ARECELIA BARAJAS                       §
JUAN BARAJAS                           §
MARIO BARAJAS                          §
JOSE LUIS BARRAZA                      §
ROBERTO BARRAZA                        §
CELSO BARRIENTOS                       §
MONICA BARRON                          §
CONSUELO BAUTISTA                      §
MARCOS BAUTISTA                        §
ALICIA BEBADILLA                       §
RAQUEL BECKETT                         §
EFRAIN BEDOY                           §
JESENIA BELTRAN                        §
TRINIDAD BELTRAN                       §
GILBERT BERMUDEZ                       §
PAUL A. BLAKE                          §
ENEDINA BORUNDA                        §
ISRAEL BORUNDA                         §
FLORA BOTELLO                          §
LUCIO BOTELLO                          §
ROSA BOUTISTA                          §
BRENT J. BOYD                          §
NOE BRACAMONTES                        §
ANTONIA BRAVO                          §
JOE BRAVO                              §
LANA BROWN                             §
SIKHAN BOUNTHANOME                     §
RUSSELL BULLER                         §
RUBEN BURCIAGA                         §
CEASAR BUSTAMANTE                      §
FLORENTINO BUSTAMANTE                  §
JUAN ROSALES BUSTAMANTE                §
JESUS G. CABALLERO                     §
EMETERIO CABRERA                       §

| | |
|---|---|
| **SYLVIA CABRERA** | § |
| **ESTHER CALDERON** | § |
| **FRANCISCO CALDERON** | § |
| **JAVIER CAMACHO** | § |
| **VALENTIN CAMACHO** | § |
| **GENOVEVA CAMPBELL** | § |
| **LEONARD G. CAMPBELL** | § |
| **JOSE L. CANALES** | § |
| **KESON L. CANTER** | § |
| **HECTOR CARBAJAL** | § |
| **ISIDORO CARBAJAL** | § |
| **JESUS M. CARBAJAL** | § |
| **MARIA CARBAJAL** | § |
| **ORALIA CARDENAS** | § |
| **SUSANA CARDIEL** | § |
| **ARELENE CARMONA** | § |
| **ESTELA CARRASCO** | § |
| **FRANCISCO CARRASCO** | § |
| **MARIA CARRASCO** | § |
| **STEPHANIE CARRASCO** | § |
| **JOSE J. CARRERA** | § |
| **MANUEL CARRILLO** | § |
| **PABLO V. CARRILLO** | § |
| **ALEJANDRO CASANOVA** | § |
| **IRENE CASANOVA** | § |
| **RICKY CASANOVA** | § |
| **ALICIA CASTANEDA** | § |
| **OSCAR CASTANEDA** | § |
| **CRYSEL CASTILLO** | § |
| **JOSE CASTILLO** | § |
| **JOSE A. CASTRO** | § |
| **MANUEL P. CASTRO** | § |
| **MARIA CASTRO** | § |
| **MIKE CASTRO** | § |
| **SILVERIO CASTRO** | § |
| **GLORIA CATANO** | § |
| **RUBEN CATANO** | § |
| **RUBEN CATANO, JR.** | § |
| **VICTOR M. CARRERA** | § |
| **JOSEPHINE CASTANEDA** | § |

Plaintiffs' Original Complaint                    4

GLORIA CERA                              §
SERGIO CERA                             §
JESUS CERERECES                     §
MARIA CERVANTES                    §
OBALDO CERVANTES                 §
EFRAIN CHACON                         §
JESUS CHACON                          §
HIPOLITO CHACON                     §
ROSA MA. CHACON                     §
JUAN A. CHAIREZ                        §
NAPHIMPHONE CHANTHABANDT §
RANGCHIT CHANTHABANDT       §
ALBA CHAPA                               §
MARIA J. CHAU                            §
SOLEDAD CHAVARRIA                §
CRIS CHAVEZ                              §
JOSE CHAVEZ                             §
JOSEFINA CHAVEZ                      §
RAFAELA CHAVEZ                       §
RUBEN CHAVEZ                           §
TINA CHAVEZ                              §
ARMANDO CHAVIRA                    §
ISIDORO CHAVIRA                       §
MANUEL CHAVIRA                       §
RICARDO CHAVIRA                      §
MANUEL CISNEROS                     §
THOMAS C. CLINE                       §
JAIME COBOS                             §
JERRY COLTRAIN                        §
JAVIER CONCHA                         §
MARISOL CONCHA                      §
ADELINA CONDE                         §
DANIEL CONDE                           §
MARIA CONTRERAS                    §
LAVON CONYER                          §
SAMUEL E. COOPER                   §
JESUS CORRAL                          §
JESUS M. CORRAL                      §
JOSE CORRERA                          §
SAN JUANA C. CORTEZ               §

| | |
|---|---|
| JOSIE MURGIA COWEN | § |
| COZY CRAIN | § |
| ABELARDO CRUZ | § |
| ARJELIA CRUZ | § |
| JUAN D. CUSPIN | § |
| KAMSAI  DARAPHONE | § |
| LAN DARAPHONE | § |
| JOHN DARROUGH | § |
| ARTHUR DEANDA | § |
| CANDACE DEATHERAGE | § |
| OSCAR DELAPENA | § |
| CHRISTOPHER DELEON | § |
| ERNESTO DELAROSA | § |
| MARCOS DELAROSA | § |
| LEROY DAVID DEMSKY | § |
| DAVID DIAZ | § |
| ENEDINA DIAZ | § |
| JUAN F. DIAZ | § |
| POMPOSO DIAZ | § |
| POMPOSO DIAZ II | § |
| ROSARIO DIAZ | § |
| RUDY DIAZ | § |
| MARCO DIGIOVANNI | § |
| CARMELO DOMINGUEZ | § |
| CECILIO DOMINGUEZ | § |
| ESTHELA DOMINGUEZ | § |
| TED DRETSKE | § |
| SEANNA DUPLANTIS | § |
| ARACELI DURAN | § |
| ERIC G. DURAN | § |
| ROSA DURAN | § |
| ONIE EASTER | § |
| ANDREW EICHMAN | § |
| DARIO ENCINIAS | § |
| JOE ENRIQUEZ | § |
| SIGFREDO ENRIQUEZ | § |
| MANUEL ESCAPITA | § |
| VERONICA ESCANDON | § |
| JUAN ESCOBAR | § |
| MARIA ESCOBAR | § |

| | |
|---|---|
| DANIEL ESCOBEDO | § |
| JESS ESPARZA | § |
| MARTIN ESPARZA | § |
| AUSENCIA ESPINO | § |
| MARIA R. ESPINO | § |
| CONNIE ESPINOZA | § |
| ESPERANZA ESPINOZA | § |
| EMILIO ESQUIVEL | § |
| ROSA ESQUIVEL | § |
| MANUEL ESTRADA | § |
| OLGA ESTRADA | § |
| RALPH ESTRADA | § |
| ROSABLA ESTRADA | § |
| SOCORRO ESTRADA | § |
| UBALDO ESTRADA | § |
| ERMA EVINS | § |
| JOHN EVINS | § |
| ISMAEL FACIO | § |
| GREGORIO FELAN | § |
| JOSE FELIX | § |
| FRANCISCO FEMATH | § |
| JOHNNY FIELDS | § |
| JOSE L. FIERRO | § |
| JUAN FIGUERO | § |
| AIDA FINN | § |
| OMAR ARTURO FINN | § |
| KENNETH FISHER | § |
| ARTURO FLORES | § |
| BEATRIZ FLORES | § |
| BLANCA FLORES | § |
| IGNATIA FLORES | § |
| JUAN FLORES | § |
| MARTIN FLORES | § |
| NIDIA FLORES | § |
| RACHEL FLORES | § |
| REFUGIO FLORES | § |
| SARA FLORES | § |
| ROBERT FLOREZ | § |
| MARY FOREMAN | § |
| EFRAIN FRANCO | § |

Plaintiffs' Original Complaint                7

MARIA R. FRANCO                          §
RAUL FRANCO                              §
CELINA FRESCAS                           §
DANIEL FRESCAS                           §
EMMA FRESCAS                             §
MARIA FRESCAS                            §
EDDIE FUENTES                            §
JESSIE FUENTES                           §
JOSE A. FUENTES                          §
JOSE A. FUENTES                          §
JOSE ALFREDO FUENTES                     §
MINNIE FUENTES                           §
ABELARDO GALAVIZ                         §
ARNOLD GALAVIZ                           §
JOSE JESUS GALLARDO                      §
JORGE GALLEGOS                           §
JOSE L. GALLEGOS                         §
MARIA GALLEGOS                           §
MARIA ELVA GALLEGOS                      §
OBDALIA GALLEGOS                         §
RIGOBERTO GALLEGOS                       §
CANDALARIA GALVAN                        §
PABLO GALVAN                             §
GEORGE GAMBOA                            §
ANA O. GARAY                             §
EFRAIN GARAY                             §
JAVIER GARAY                             §
LUIS C. GARAY                            §
GUADALUPE GARBALENA                      §
ABRAHAM K. GARCIA                        §
AMALIA GARCIA                            §
ARNULFO GARCIA                           §
BALTZAR GARCIA                           §
DANIEL GARCIA                            §
ESMERALDA GARCIA                         §
EVARISTO GARCIA                          §
GLORIA GARCIA                            §
GUADALUPE GARCIA                         §
HIPOLITO GARCIA                          §
J. CONCEPCION GARCIA                     §

JUAN ALBERTO GARCIA                    §
JUAN G. GARCIA                         §
JESUS GARCIA                           §
JOSE GARCIA                            §
JESUS GARCIA                           §
JULIO GARCIA                           §
MARGARITA GARCIA                       §
MARIA A. GARCIA                        §
MARIA L. GARCIA                        §
MARY ANN GARCIA                        §
MARY JANE GARCIA                       §
MIGUEL GARCIA                          §
MODESTA GARCIA                         §
OSCAR GARCIA                           §
REBECCA GARCIA                         §
RODRIGO GARCIA                         §
SANDRA GARCIA                          §
SILVIA GARCIA                          §
SIMON GARCIA                           §
SYLVIA M. GARCIA                       §
TELESFORO GARCIA                       §
TEODORO GARCIA                         §
CHRIS GARDNER                          §
JUAN ALBERTO GARZA                     §
NORMALINDA GARZA                       §
RUBEN GAYTAN                           §
ROBERTO GINES                          §
ACSENCION GOMEZ                        §
ANGELO GOMEZ                           §
BRENDA GOMEZ                           §
CESAR GOMEZ                            §
ELOY GOMEZ                             §
JAIME GOMEZ                            §
JUAN C. GOMEZ                          §
LEONEL GOMEZ                           §
MARIA GOMEZ                            §
MARIA GOMEZ                            §
MARIBEL GOMEZ                          §
MELANIA GOMEZ                          §
MIGUEL GOMEZ                           §

RAY GOMEZ                           §
SILVIA GOMEZ                        §
JAIME GONZALES                     §
JESUS GONZALES                     §
MARK A. GONZALES                   §
MARIO ALBERT GONZALES              §
MINERVA GONZALES                   §
AHMED GONZALEZ                     §
ANA MARIA GONZALEZ                 §
ANGIE I. GONZALEZ                  §
ANTONLIN GONZALEZ                  §
CESAR GONZALEZ                     §
JESUS GONZALEZ                     §
JESUS M. GONZALEZ                  §
JOSE GONZALEZ                      §
JUAN GONZALEZ                      §
LAURA GONZALEZ                     §
NORMA GONZALEZ                     §
PAUL GONZALEZ                      §
RUBEN GONZALEZ                     §
ROSALIO GONZALEZ                   §
SIMON GONZALEZ                     §
MONTY L. GOREE                     §
JAIME GRADO                        §
RICARDA GRAJEDA                    §
ALICE GRANADOS                     §
CLARA GRANADOS                     §
JOSE R. GRANADOS                   §
JENNIFER LYNN GRAY                 §
FORREST W. GREEN                   §
FELIX GRIEGO                       §
IRMA GRIJALVA                      §
REFUBIO GRIMALDO                   §
AMANDA GUEL                        §
DAVID GUEL                         §
AURELIO GUERRA                     §
DANIEL OCHOA GUERRA                §
JUAN GUERRA                        §
MAIRA GUERRA                       §
OSCAR GUERRA                       §

SONIA GUERRA                        §
VERONICA GUERRA                    §
BLAS GUERRERO                      §
EZEQUIEL GEURRERO                  §
JUAN GUEVERA                       §
BLANCA GUILLEN                     §
JESUS GURROLA                      §
CASIMIRO GUTIERREZ                 §
FRANCISCO J. GUTIERREZ            §
GENEVIVE GUTIERREZ               §
ISMAEL GUTIERREZ                   §
NORMA GUTIERREZ                    §
YGNACIA GUTIERREZ                  §
AMADO GUZMAN                       §
CRISTOBAL GUZMAN                   §
GILBERT GUZMAN                     §
JUAN GUZMAN                        §
STEVEN H. GUZMAN                   §
GEORGE HARRIS                      §
MARK HARRIS                        §
YOLANDA HARRIS                     §
JAMES EDWARD HENRY                §
SHANE HENSON                       §
ALICIA HERNANDEZ                   §
ANA MARIA HERNANDEZ               §
ANTONIO HERNANDEZ                  §
CARLOS HERNANDEZ                   §
ELVIRA HERNANDEZ                   §
ESTANISLAO HERNANDEZ             §
GENARO HERNANDEZ                   §
GLORIA HERNANDEZ                   §
GUADALUPE HERNANDEZ              §
GUILLERMINA HERNANDEZ           §
HECTOR HERNANDEZ                  §
ISIDRO HERNANDEZ                   §
JESUS HERNANDEZ                    §
LUCIA HERNANDEZ                    §
MANUEL HERNANDEZ                   §
MANUEL A. HERNANDEZ              §
MANUEL B. HERNANDEZ              §

MARIA HERNANDEZ                        §
MARIA HERNANDEZ                        §
MERCED HERNANDEZ                       §
MIGUEL HERNANDEZ                       §
REYNALDO HERNANDEZ                     §
SOCORRO HERNANDEZ                      §
TELESFORO GARCIA HERNANDEZ §
VICTOR HUGO HERNANDEZ                  §
FRANCISCO HERRERA                      §
LEOBARDO HERRERA                       §
SERGIO ADRIAN HERRERA                  §
ROY HEYD                               §
JACINTA HIDALGO                        §
OLIVIA HIDALGO                         §
RODOLFO HIDALGO                        §
ALVIS HINSLEY                          §
GRACIELA HOLGUIN                       §
TRAVIS DALE HOWELL                     §
JESUS HUERTA                           §
MARIA HUERTA                           §
DREW HUGG                              §
ANDREW HURON                           §
MARTIN IBANEZ                          §
LEOBARDO IBARRA                        §
KHONVAY INTHARATH                      §
MARIANA IRONFIELD                      §
ALEJANDRO IZQUIERDO                    §
ANTONIA JACOBO                         §
SALOME JACOBO                          §
ELISA JALOME                           §
RIQUE JALOME                           §
MARLA JAMES                            §
ELISEO JACQUES                         §
LUIS A. JIMENEZ                        §
JUANITA JOHNSON                        §
DOUGLAS JONES                          §
LIBRADO JUAREZ                         §
RAFAEL JURADO                          §
REYNALDO JURADO                        §
ROBERT JURADO                          §

Plaintiffs' Original Complaint                12

**ALBERTO JUAREZ** §
**KEO KEOPRASEUTH** §
**PETER KEOPRASEUTH** §
**JOHNNIE R. KNIGHT** §
**MISTY KOWING** §
**DAVID LACY** §
**ISIDRO LANDEROS** §
**CARMEN LARA** §
**FERNANDO LARA** §
**MARIANA LARA** §
**ROBERTO LARA** §
**CAROL LAX** §
**WESLEY LASLEY** §
**CHARLES E. LAX** §
**BERNADINA LEAL** §
**JOSE LEDSMA** §
**NORBERTO LEDEZMA** §
**JEFFREY RICHARD LEMER** §
**VICTOR LEON** §
**ESTELLA LEOS** §
**LETICIA LEOS** §
**CARLOS LEYVA** §
**VELIA LEYVA** §
**LUIS LEYVA** §
**RAY LINT** §
**ARMANDO LIRA** §
**GABRIELA LLAMAS** §
**MARTIN LLAMAS** §
**CHRIS LOPER** §
**ELOISA LOPEZ** §
**JOSE LUIS LOPEZ** §
**LOCADIO LOPEZ** §
**RAFAEL LOPEZ** §
**OSVALDO LOPEZ** §
**ZEFERINO LOPEZ** §
**LOTHKEO LOUANGPRASEUTH** §
**PHILLIP A. LOVATO** §
**ALFREDO LOYA** §
**CELSO LOYA** §
**ESAUL LOYA** §

Plaintiffs' Original Complaint                    13

| | |
|---|---|
| **ESMERALDA LOYA** | § |
| **GUADALUPE LOYA** | § |
| **HORACIO LOYA** | § |
| **JOAQUIN LOYA** | § |
| **OSCAR LOZOYA** | § |
| **ELEAZAR LUJAN** | § |
| **JESUS B. LUJAN** | § |
| **NORMA LUJAN** | § |
| **GILBERTO S. MACHADO** | § |
| **ANTONIO MACIAS** | § |
| **BRENDA MACIAS** | § |
| **VALENTIN MADRID** | § |
| **JOHN MAESTAS** | § |
| **MARTHA MAGALLANES** | § |
| **IMELDA G. MALDONADO** | § |
| **HECTOR MALTOS** | § |
| **MARCO MANZO** | § |
| **ENRIQUE MARESTINE** | § |
| **JOSE A. MARIN** | § |
| **MA LUISA MARMOLEJA** | § |
| **EVANGELINA MARQUEZ** | § |
| **FLORENCIO MARQUEZ** | § |
| **JOSE MARQUEZ** | § |
| **JOSE D. MARQUEZ** | § |
| **MARIA MARQUEZ** | § |
| **MONCERRAT MARQUEZ** | § |
| **OBED MARQUEZ** | § |
| **ROSA MARQUEZ** | § |
| **ANDRES MARTINEZ** | § |
| **GASPAR MARTINEZ** | § |
| **GUADALUPE MARTINEZ** | § |
| **IMRA I. MARTINEZ** | § |
| **ISMAEL MARTINEZ** | § |
| **J. REFUGIO MARTINEZ** | § |
| **JOSE MARTINEZ** | § |
| **JOSE V. MARTINEZ** | § |
| **JUAN R. MARTINEZ** | § |
| **JUANA MARTINEZ** | § |
| **MANUEL MARTINEZ** | § |
| **MARIA I. MARTINEZ** | § |

MARIA J. MARTINEZ                  §
MARIBEL MARTINEZ                   §
MARTHA A. MARTINEZ                 §
PATRICIA MARTINEZ                  §
RAUL MARTINEZ                      §
REY MARTINEZ                       §
RICARDO MARTINEZ                   §
RUBEN MARTINEZ                     §
WILLIE MARTINEZ                    §
JOSE A. MATA                       §
JUAN M. MATA                       §
LUIS MATA                          §
DANIEL McEWAN                      §
CEPHIA McCLENDON                   §
VENA MARIE McCLENDON               §
CHAD McEWAN                        §
JAVIER MEDINA                      §
JESUS MEDINA                       §
JOSE F. MEDINA                     §
ELIZABETH MEDRANO                  §
ELVIRA A. MEDRANO                  §
ERIKA MELENDEZ                     §
ILIASER MELENDEZ                   §
LUIS MENDEZ                        §
RUBEN MELGER                       §
CODY MELTON                        §
CRUZITA MENDEZ                     §
ESTHER MENDEZ                      §
JESUS MENDEZ                       §
CHRISTOPHER MENDOZA               §
ROSA MARIA MENDEZ                  §
ANGEL MENDIOLA                     §
ALEJANDRO MENDOZA                 §
ANA MENDOZA                        §
ARMANDO MENDOZA                    §
CRUZ MENDOZA                       §
DIEGO MENDOZA                      §
ELIAS MENDOZA                      §
EMETERIO MENDOZA                   §
ESMERALDA MENDOZA                  §

| | |
|---|---|
| **GUADALUPE MENDOZA** | § |
| **JESUS O. MENDOZA** | § |
| **LUCILA MENDOZA** | § |
| **LUCIO MENDOZA** | § |
| **LUPE MENDOZA** | § |
| **MANUEL MENDOZA** | § |
| **MIGUEL MENDOZA** | § |
| **MARTHA MENDOZA** | § |
| **PATRICIA MENDOZA** | § |
| **ROSALIO MENDOZA** | § |
| **YVONNE MENDOZA** | § |
| **RAUL A. MEZA** | § |
| **ELISA MERAZ** | § |
| **KEITH MERAZ** | § |
| **LILIA MERAZ** | § |
| **RITO MERAZ** | § |
| **SERGIO MESA** | § |
| **J. KENT MILLS** | § |
| **BRENDA MIRAMONTES** | § |
| **PETE MIRANDA** | § |
| **MANUEL MOJICA** | § |
| **LAMBERTO MOLINA** | § |
| **JOSE MONTANEZ** | § |
| **ALFREDO MONTES** | § |
| **AMALIA MONTES** | § |
| **CARLOS M. MONTOYA, JR.** | § |
| **NORMA R. MORALES** | § |
| **VICTOR MORALES** | § |
| **SERGIO MORALES** | § |
| **OSCAR MORALES** | § |
| **ANABEL MORENO** | § |
| **JOHNNY P. MORENO** | § |
| **OLGA MORENO** | § |
| **ROGELIO MORENO** | § |
| **ARTURO MUNOZ** | § |
| **JOSE LUIS MUNOZ** | § |
| **JUAN I. MUNOZ** | § |
| **LINDA MUNOZ** | § |
| **MARCO A. MUNOZ** | § |
| **MARIA MUNOZ** | § |

OSCAR MUNOZ                          §
URSULA MUNOZ                         §
JESUS MURGA                         §
JORGE MURGA                         §
RAMON MURGA                         §
JOSE P. MURGIA                      §
DEANNE MURILLO                      §
ERNESTO MURILLO                     §
JOSE MURRILLO                       §
CLAUDIA NAJERA                      §
GERARDO NAJERA                      §
JAIME NAJERA                        §
JOAQUIN NAJERA                      §
JUAN NAJERA                         §
OLIVIA NAJERA                       §
RODRIGO NAJERA                      §
MARTIN NARVAEZ                      §
ROSA NATIVIDAD                      §
JOSE L. NAVA                        §
LORENA NAVA                         §
LUIS NAVA                           §
MARIA NAVA                          §
ARTURO NAVARETTE                    §
BOBBY M. NAVARETTE                  §
RAMIRO NAVARETTE                    §
JOSHUA NAVARRO                      §
JIMMIE D. NELSON                    §
SANTIAGO NEMENCIO                   §
CECILIA NEVAREZ                     §
EDGAR NEVAREZ                       §
MARIO NEVAREZ                       §
LINDA NINO                          §
SITHA NOUANSIRI                     §
VALENTS NUNEZ                       §
CARLOS OCHOA                        §
LETICIA OCHOA                       §
RAFAEL OCON                         §
GUSTAVO OHRSTROM                    §
JOSE R. OJEDA                       §
TONY OJEDA                          §

Plaintiffs' Original Complaint                    17

**ANDREA OLAGUE** §
**JOSE OLALDE** §
**ANABEL OLIVA** §
**JOSE LUIS OLIVA** §
**SANTIAGO OLIVAREZ** §
**CAROLINA OLIVERA** §
**CARLOS M. OLIVERA** §
**CLORINDA OLIVERA** §
**MARIA P. OLIVEROS** §
**RICARDO OLIVO** §
**GUADALUPE OLMEDO** §
**DORA ONOFRE** §
**RICARDO ONOFRE** §
**MANUEL ONTIVEROS** §
**MARIA ONTIVEROS** §
**MICAELA ONTIVEROS** §
**MISAEL CONDE ONTIVEROS** §
**SANTIAGO ONTIVEROS** §
**NORMA L. ORDAZ GARCES** §
**GONZALO ORDONEZ** §
**MARIBEL ORDONEZ** §
**ROBERTO ORDONEZ** §
**JESUS OROPEZA** §
**CYNTHIA OROZCO** §
**PATRICIA OROZCO** §
**REYNALDO OROZCO** §
**CONRADO ORTEGA** §
**GRACIE ORTEGA** §
**JESSICA ORTEGA** §
**JESUS ORTEGA** §
**MANUEL ORTEGA** §
**MANUELA ORTEGA** §
**PEDRO ORTEGA** §
**ANTONIO G. ORTIZ** §
**EUGENE ORTIZ** §
**ISELA ORTIZ** §
**JOVITA ORTIZ** §
**MARIA ORTIZ** §
**OLINDA ORTIZ** §
**OSCAR ORTIZ** §

| | |
|---|---|
| REBECCA ORTIZ | § |
| ERASMO OSTOS | § |
| JULIE MARTINEZ PADILLA | § |
| RENE PADILLA | § |
| AMADOR PADRON | § |
| BRICIO PADRON | § |
| OSCAR M. PAEZ | § |
| LUPE PALMA | § |
| PILAR PALOMONAS | § |
| RUTILO PALOMARES | § |
| JUAN D. PAREDES | § |
| RODNEY PARKS | § |
| ALFONSO PARRA | § |
| ALFONSO PARRA | § |
| BELINDA PARRA | § |
| GERARDO PARRA | § |
| IVON PARRA | § |
| JOEL PARRA | § |
| LUIS PARRA | § |
| MANUELA PARRA | § |
| MARCO PARRA | § |
| ROSA PARRA | § |
| SABINA PAZ | § |
| EVARISTO PELAYO | § |
| ISMAEL PELAYO | § |
| OLGA PELAYO | § |
| LUIS PENA | § |
| BERTHA A. PEREZ | § |
| GEORGIA PEREZ | § |
| JOSE A. PEREZ | § |
| MIGUEL PEREZ | § |
| REBECCA PEREZ | § |
| RICKY PERRY | § |
| JOSEPH PHADIE | § |
| KHANPHONG PHIMMASONE | § |
| PHATPHAYVONG PHIMMASONE | § |
| KHAMPHANH PHOTHISENE | § |
| KHANH PHOTHISENE | § |
| JAVIER PICHARDO | § |
| JAVIER PINON | § |

MARIA PINON                    §
OSCAR PINON                    §
DIANA PIZANA                   §
EFREN PIZANA                   §
JOSE PONCE                     §
ELENA PORRAS                   §
GILBERTO PORRAS                §
LORENA PORRAS                  §
ALFREDO PRADO                  §
GUSTAVO PRADO                  §
JOSEFINA PRECIADO              §
IRIS J. PREZA                  §
ANA LILIA PROSPERO             §
CARLOS PROSPERO                §
ARMANDO QUEZADA                §
JUAN QUILODRAN                 §
JOSE QUINONEZ                  §
FERNANDO QUINTANA              §
SANDRA QUINTANILLA             §
ARMANDO QUIROZ                 §
AUSENCIA QUIROZ                §
ESTELA RAMIREZ                 §
JACQUELINE RAMIREZ             §
JUAN R. RAMIREZ                §
MANUEL RAMIREZ                 §
MARIA RAMIREZ                  §
MARIO RAMIREZ                  §
ARTURO RAMOS                   §
FELIPE RAMOS                   §
JESUS RAMOS                    §
OCTAVIO RAMOS                  §
KHOUN RATTANA                  §
OSCAR REGALADA                 §
REYNALDO REGINO                §
JOSIE RENDON                   §
DOLORES RENTERIA               §
MIGUEL RENTERIA                §
ZULEMA REVELEZ                 §
ADAN REYES                     §
ARTURO REYES                   §

| | |
|---|---|
| DARIO REYES | § |
| ESPERANZA REYES | § |
| FELIPE REYES | § |
| IRENE REYES | § |
| IRMA REYES | § |
| JUAN G. REYES | § |
| JUAN REYES, JR. | § |
| MARIA I. REYES | § |
| ORALIA REYES | § |
| RAQUEL REYES | § |
| ROBERT REYES | § |
| RODOLFO REYES | § |
| ROSA MARIA REYES | § |
| ROSARIO REYES | § |
| SIMONA REYES | § |
| YOLANDA REYES | § |
| CECILIA C. REYNA | § |
| CHAD W. RHOADES | § |
| JEFF RICKETSON | § |
| MARIO RICO | § |
| CYNTHIA L. RIEDLE | § |
| MARCUS RIOJAS | § |
| ABEL RIOS | § |
| JOSE RIVAS | § |
| PAULA RIVAS | § |
| CECILIA RIVAS | § |
| ELIZABETH RIVERA | § |
| JOANNE RIVERA | § |
| MANUEL RIVERA | § |
| APOLONIO RIVERO | § |
| TONYA ROBERTS | § |
| TERRY ROBERTSON | § |
| OLGA ROBLES | § |
| A. RODRIGUEZ | § |
| ALONSO RODRIGUEZ | § |
| ANGEL RODRIGUEZ, JR. | § |
| ANTONIO RODRIGUEZ | § |
| ARMANDO RODRIGUEZ | § |
| ARNULFO RODRIGUEZ | § |
| ELIAS RODRIGUEZ | § |

GABRIELA RODRIGUEZ §
JESUS RODRIGUEZ §
JOE H. RODRIGUEZ §
JULIO RODRIGUEZ §
LASARO RODRIGUEZ §
LUIS G. RODRIGUEZ §
MARIA RODRIGUEZ §
MARIA Y. RODRIGUEZ §
MARTIN RODRIGUEZ §
MONICA RODRIGUEZ §
NANCY RODRIGUEZ §
PEARL R. RODRIGUEZ §
RAMIRO RODRIGUEZ §
RODOLFO RODRIGUEZ §
ROSALVA RODRIGUEZ §
RUBEN RODRIGUEZ §
SYLVIA RODRIGUEZ §
VRIGINIA RODRIGUEZ §
MARIA ROJAS §
PERFECTO ROJAS §
ADELAIDA ROMERO §
JOSE M. ROMERO §
PEDRO ROMERO §
DIANA ROMO §
LEONARDO ROMO §
MARIO RONQUILLO §
ESMERALDA ROSAS §
FELIPE RUBIO §
JAVIER RUBIO §
NICHOLAS RUHLE §
ALMA RUIZ §
CESAR RUIZ §
GUADALUPE RUIZ §
LUIS RAY RUIZ §
JOSE ANTONIO RUIZ §
JUAN M. RUIZ §
LEONEL RUIZ §
MARTHA RUIZ §
RUBEN RUIZ §
JUVENAL SAAVEDRA §

| | |
|---|---|
| **MARIA SAAVEDRA** | § |
| **NANCY SAAVEDRA** | § |
| **RICARDO SAAVEDRA** | § |
| **JOSE L. SAENZ** | § |
| **REUBEN R. SAENZ** | § |
| **ANDREW SALAZAR** | § |
| **ARTURO SALAZAR** | § |
| **JUAN MANUEL SALAZAR** | § |
| **MARGIE SALAZAR** | § |
| **AMANDA SALCIDO** | § |
| **ERICK SALCIDO** | § |
| **JOSE M. SALCIDO** | § |
| **JUAN C. SALCIDO** | § |
| **LILIA SALCIDO** | § |
| **JESUS RAMON SALDIVAR** | § |
| **LAURA LUIS SALINAS** | § |
| **CANDELARIO SANMANIEGO** | § |
| **AUGUSTIN SANCHEZ** | § |
| **BENITO SANCHEZ** | § |
| **ELISA SANCHEZ** | § |
| **HUGO SANCHEZ** | § |
| **JOEL SANCHEZ** | § |
| **JORGE SANCHEZ** | § |
| **JOSE R. SANCHEZ** | § |
| **LEON SANCHEZ** | § |
| **LORETO SANCHEZ** | § |
| **MINERVA SANCHEZ** | § |
| **ORAIDA SANCHEZ** | § |
| **OTILIO SANCHEZ** | § |
| **PAULINE SANCHEZ** | § |
| **PATRICIA SANCHEZ** | § |
| **RAFAEL J. SANCHEZ** | § |
| **RAMIRO SANCHEZ** | § |
| **RENATO SANCHEZ** | § |
| **TOMAS SANCHEZ** | § |
| **GERARD DANIEL SANDOVAL** | § |
| **CARLOS SANTOS** | § |
| **OSCAR SARABIA** | § |
| **MARIA SARIMIENTO** | § |
| **ELISA SAUSEDA** | § |

ESTELA SAUCEDA                        §
OTILIO SAUCEDA                        §
DAVID SCHEAR                          §
TEODORO SEGOVIA                       §
VERONICA SENDEJO                      §
MARIA SEQOVIA                         §
JOSE ANGEL SERATO                     §
LETICIA SERRATO                       §
TOMAS SERNA                           §
JOHNNY SHAW                           §
SANDRA SIGALA                         §
ANA MARIE SILVA                       §
RICHARD SINTAS                        §
DAVID SLATER                          §
RAMON SOLIS                           §
ARNULFO SOSA                          §
MARIA SOSA                            §
OFELIA SOSA                           §
NOELIA SOTELO                         §
ALBINO SOTO                           §
MANUELA SOTO                          §
MIGUEL SOTO                           §
SENGCHANH SOUKBANDITH                 §
BOUNLEMMG SOURIVONG                   §
PHOUVIENG SOURIVONG                   §
MONICK SOUVANMAKHILY                  §
NOU DEANG SOUVANMAKHILY               §
NOUHACK SOUVANMAKHILY                 §
RITA SOUVANMAKHILY                    §
SUKSOMPHORN SOUVANMAKHILY             §
THOMAS SOUVANMAKHILY                  §
NILDA STAHLMAN                        §
CYNTHIA STENGER                       §
DAVID STILES                          §
FRANCES STILES                        §
BILLY SUSTAITA                        §
KHAMPHIN SYBOUNHEVANG                 §
BOUALY SYSAKAYAVONG                   §
RAYMUNDO TABARES                      §
DOMINGO TALAMANTES                    §

**ELAINE TALAMANTES** §
**MANUEL G. TALAMANTES** §
**OSVALDO TALAMANTES** §
**ROSA TALAMANTES** §
**RAFAEL TALAVERA** §
**HERMELINDA TARRANGO** §
**MARCELA TARRANGO** §
**DONNA TAYLOR** §
**ANGEL TECALCO** §
**LUIS TECALCO** §
**VERONICA TENORIO** §
**ESTHER TERRAZAS** §
**JESUS TERRAZAS** §
**JOSE RAMON TERRAZAS** §
**BOUTTARAT THONECHANH** §
**ANGELA TIJERINA** §
**IRMA TIJERINA** §
**TED TIJERINA** §
**TINA TIJERINA** §
**NOLAN CLAYTON TIPTON, JR.** §
**FRANCISCO TIRSON** §
**DAVID TORRES** §
**MONSERRAT TORRES** §
**RUBEN TORRESDAY** §
**APOLINAR TOVAR** §
**HERBIERTA TOVAR** §
**BILL B. TREVINO** §
**DELIA G. TREVINO** §
**ELVA TREVINO** §
**FRANCES TREVINO** §
**JOSE M. TREVINO** §
**MONICA TREVINO** §
**SERGIO SANCHEZ TREVINO** §
**PEDRO URRUTIA** §
**GARY VALDAN** §
**ARTURO VALDEZ** §
**CAROL VALDEZ** §
**ESMERALDA VALDEZ** §
**MATILDE VALDEZ** §
**CAROLINE VALENCIA** §

Plaintiffs' Original Complaint                    25

BLANCA VALENZUELA                §
CLARISSA VALENZUELA             §
MANUEL VALENZUELA               §
JUAN M. VALLES                        §
ANGEL VALVERDE                      §
MARIA VALVERDE                      §
PAUL VANDIVER                        §
BRIT VANSICKEL                       §
ADELA VARGAS                         §
CARMEN VARGAS                      §
CONSUELO VARGAS                   §
DANIEL VARGAS                        §
IRMA VARGAS                           §
JOSE VARGAS                            §
LUIS VARGAS                            §
MARIA H. VARGAS                    §
MARIA J. VARGAS                     §
RAUL VARGAS                          §
ABIGAIL VASQUEZ                    §
ALFREDO VASQUEZ                   §
ANDREA K. VASQUEZ                §
ARTURO VASQUEZ                    §
BEATRIS VASQUEZ                    §
BRENDA VASQUEZ                     §
CARLOS VASQUEZ                     §
CARLOS J. VASQUEZ                 §
CRUZ E. VASQUEZ                     §
LUCIO VASQUEZ                        §
MICHELLE VASQUEZ                 §
NORMA VASQUEZ                      §
ROBERT J. VASQUEZ                 §
ANARVOL VEDOY                      §
MARIA VEDOY                          §
BRENDA VELA                          §
YVETTE VELA                          §
CHRISTOPHER VELASCO          §
JACQUELINE VELIZ                  §
DAVID VENABLE                      §
ANTONIA VENZOR                    §
NATALIA VENZOR                    §

| | |
|---|---|
| JESUS VERA | § |
| BRENDA VERDIER | § |
| INOSENSIO VERDINES | § |
| DORI VIGIL | § |
| JESUS M. VILLA | § |
| RODOLF VILLA | § |
| ALEJANDRO VILLALOBOS | § |
| CECILIA VILLALOBOS | § |
| CHRIS VILLALOBOS | § |
| MARIA VILLALOBOS | § |
| MARIA VILLALON | § |
| AUDEN B. VILLAREAL | § |
| ELIZABETH VILLAREAL | § |
| ISAIAS B. VILLARREAL | § |
| ALEJANDRO VILLASENOR | § |
| AUDELINA VILLAVIENCIO | § |
| MARIA VILLEGAS | § |
| OSCAR VILLEGAS | § |
| JORGE VILLELA | § |
| CLEMENTINA VOCIA | § |
| PANNYASY VONGSY | § |
| BOUALA VORADY | § |
| SCOTT D. WALKER | § |
| GEORGE M. WARD | § |
| ANSON WASHINGTON | § |
| ROBERT G. WOODS | § |
| CHUCK L. WHITE | § |
| CAROLYN WHITFIELD | § |
| ELIZABETH WRIGHT | § |
| FRED YOUNG | § |
| FREDDIE E. YOUNG | § |
| CARMEN A. ZAMARIPPA | § |
| GENARO GALLEGOS ZAMARIPA | § |
| RAFAEL ZAMARIPPA | § |
| AMELIA ZAMORA | § |
| KATY ZAMORA | § |
| ELVIA ZAPATA | § |
| JAVIER ZAPATA | § |
| RUPERTO ZAVALA | § |
| SUSANA ZAVALA | § |

Plaintiffs' Original Complaint

ELOISA ZENDEJAS                    §
MARY ANN ZEPEDA                    §
RITA ZEPEDA                        §
JOSE RAFAEL ZOMETA                 §
CRUZ ZUBIA                         §
RIGO ZUBIA                         §
SANDRA ZUBIA PINON                 §
JUAN ZUNIGA,                       §
                                   §
          Plaintiffs,              §
                                   §        CIVIL ACTION NO._____
VS.                                §
                                   §
CONAGRA BEEF COMPANY,              §
                                   §
          Defendant.               §

## PLAINTIFFS' ORIGINAL COMPLAINT

1.    This is a representative action for unpaid wages and overtime brought pursuant to

the Fair Labor Standards Act, 29 U.S.C. §216(b).

## JURISDICTION

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and 1337.

## PARTIES

3.    Come Now, **JOSEPH ABEYTA, ELSIE MARIE AVILA ACEVES, RAMIRO**

**ACEVES, IRMA Y. ACOSTA, JAIME ACOSTA, JOSE ACOSTA, CAYETANO AGUAYO,**

**ANGELITA AGUILAR, CARMEN AGUILAR, JAIME AGUILAR, LUIS I. AGUILAR,**

**MARIA AGUILAR, MARICELA AGUILAR, MARTHA AGUILAR, MIGUEL AGUILAR,**

**RIGOBERTO AGUILAR, FRANCISCO AGUIRRE, JOE AGUIRRE, JOSE AGUIRRE,**

TRACY AGUIRRE, FRANCISCO ALANIZ, JOSE N. ALANIS, ELIZABETH ALARCON, FRANCISCO ALARCON, MARTH ALARCON, SILVINO ALARCON, PAULINE ALBA, FRANK ALCANTAR, SALVADOR ALCANTAR, MARIA ALCARAZ, ELVIRA ALDANA, JESUS ALFAROZ, ERNESTO ALMANZA, MARIA ALVA, JORGE ALVIDREZ, RAMON ANCHONDO, CECILIA ANGUINAGA, JUAN ANGUIANAGA, VALENTIN ANGUINAGA, MANUELA ARANDA, ARGELIA ARELLANES, GERMAN V. ARELLANES, IRMA ARELLANES, JOEL ARELLANES, ANDREZ ARELLANO, ROSA ARELLANO, RUBEN ARELLANO, RAFAEL ARELLANOS, JOSEFINA ARENIVAR, SAUL AREVALO, GUADALUPE ARMADILLO, BALDEMAR ARMENDARIZ, BERTHA ARMENDARIZ, HECTOR ARMENDARIZ, RAYMUNDO ARMENDARIZ, RAUL ARPERO, CANDELARIO ARREDONDO, CONRADO ARREDONDO, ROSA ARRELLANES, ELODIO ARROYOS, VERONICA ARZATE, ALAN ATKINS, JAMES R. ATKISSON, HERMELINDA AVALOS, CARLOS AVILA, GERARDO AVILA, HILDA AVILA, JAIME AVILA, JOSE AVILA, MARIA AVILA, MARIA AVILA, MARCIA AYALA, ERNESTO BACA, GILBERTO PINON BAILON, MARIA E. BAILON, MARTHA BALDERAS, MARIA M. BANDA, ISMAEL BANUELOS, JESUSITA BANUELOS, NIDIA BANUELOS, ARECELIA BARAJAS, JUAN BARAJAS, MARIO BARAJAS, JOSE LUIS BARRAZA, ROBERTO BARRAZA, CELSO BARRIENTOS, MONICA BARRON, CONSUELO BAUTISTA, MARCOS BAUTISTA, ALICIA BEBADILLA, RAQUEL BECKETT, EFRAIN BEDOY, JESENIA BELTRAN, TRINIDAD BELTRAN, GILBERT

BERMUDEZ, PAUL A. BLAKE, ENEDINA BORUNDA, ISRAEL BORUNDA, FLORA
BOTELLO, LUCIO BOTELLO, ROSA BOUTISTA, BRENT J. BOYD, NOE
BRACAMONTES, ANTONIA BRAVO, JOE BRAVO, LANA BROWN, SIKHAN
BOUNTHANOME, RUSSELL BULLER, RUBEN BURCIAGA, CEASAR BUSTAMANTE,
FLORENTINO BUSTAMANTE, JUAN ROSALES BUSTAMANTE, JESUS G.
CABALLERO, EMETERIO CABRERA, SYLVIA CABRERA, ESTHER CALDERON,
FRANCISCO CALDERON, JAVIER CAMACHO, VALENTIN CAMACHO, GENOVEVA
CAMPBELL, LEONARD G. CAMPBELL, JOSE L. CANALES, KESON L. CANTER,
HECTOR CARBAJAL, ISIDORO CARBAJAL, JESUS M. CARBAJAL, MARIA
CARBAJAL, ORALIA CARDENAS, SUSANA CARDIEL, ARELENE CARMONA,
ESTELA CARRASCO, FRANCISCO CARRASCO, MARIA CARRASCO, STEPHANIE
CARRASCO, JOSE J. CARRERA, MANUEL CARRILLO, PABLO V. CARRILLO,
ALEJANDRO CASANOVA, IRENE CASANOVA, RICKY CASANOVA, ALICIA
CASTANEDA, OSCAR CASTANEDA, CRYSEL CASTILLO, JOSE CASTILLO, JOSE
A. CASTRO, MANUEL P. CASTRO, MARIA CASTRO, MIKE CASTRO, SILVERIO
CASTRO, GLORIA CATANO, RUBEN CATANO, RUBEN CATANO, JR., VICTOR M.
CARRERA, JOSEPHINE CASTANEDA, GLORIA CERA, SERGIO CERA, JESUS
CERERECES, MARIA CERVANTES, OBALDO CERVANTES, EFRAIN CHACON,
JESUS CHACON, HIPOLITO CHACON, ROSA MA. CHACON, JUAN A. CHAIREZ,
NAPHIMPHONE CHANTHABANDT, RANGCHIT CHANTHABANDT, ALBA CHAPA,

MARIA J. CHAU, SOLEDAD CHAVARRIA, CRIS CHAVEZ, JOSE CHAVEZ, JOSEFINA
CHAVEZ, RAFAELA CHAVEZ, RUBEN CHAVEZ, TINA CHAVEZ, ARMANDO
CHAVIRA, ISIDORO CHAVIRA, MANUEL CHAVIRA, RICARDO CHAVIRA, MANUEL
CISNEROS, THOMAS C. CLINE, JAIME COBOS, JERRY COLTRAIN, JAVIER
CONCHA, MARISOL CONCHA, ADELINA CONDE, DANIEL CONDE, MARIA
CONTRERAS, LAVON CONYER, SAMUEL E. COOPER, JESUS CORRAL, JESUS M.
CORRAL, JOSE CORRERA, SAN JUANA C. CORTEZ, JOSIE MURGIA COWEN,
COZY CRAIN, ABELARDO CRUZ, ARJELIA CRUZ, JUAN D. CUSPIN, KAMSAI
DARAPHONE,  LAN DARAPHONE, JOHN DARROUGH, ARTHUR DEANDA,
CANDACE DEATHERAGE, OSCAR DELAPENA, CHRISTOPHER DELEON, ERNESTO
DELAROSA, MARCOS DELAROSA, LEROY DAVID DEMSKY, DAVID DIAZ,
ENEDINA DIAZ, JUAN F. DIAZ, POMPOSO DIAZ, POMPOSO DIAZ II, ROSARIO
DIAZ, RUDY DIAZ, MARCO DIGIOVANNI, CARMELO DOMINGUEZ, CECILIO
DOMINGUEZ, ESTHELA DOMINGUEZ, TED DRETSKE, SEANNA DUPLANTIS,
ARACELI DURAN, ERIC G. DURAN, ROSA DURAN, ONIE EASTER, ANDREW
EICHMAN, DARIO ENCINIAS, JOE ENRIQUEZ, SIGFREDO ENRIQUEZ, MANUEL
ESCAPITA, VERONICA ESCANDON, JUAN ESCOBAR, MARIA ESCOBAR, DANIEL
ESCOBEDO, JESS ESPARZA, MARTIN ESPARZA, AUSENCIA ESPINO, MARIA R.
ESPINO, CONNIE ESPINOZA, ESPERANZA ESPINOZA, EMILIO ESQUIVEL, ROSA
ESQUIVEL, MANUEL ESTRADA, OLGA ESTRADA, RALPH ESTRADA, ROSABLA

ESTRADA, SOCORRO ESTRADA, UBALDO ESTRADA, ERMA EVINS, JOHN EVINS, ISMAEL FACIO, GREGORIO FELAN, JOSE FELIX, FRANCISCO FEMATH, JOHNNY FIELDS, JOSE L. FIERRO, JUAN FIGUERO, AIDA FINN, OMAR ARTURO FINN, KENNETH FISHER, ARTURO FLORES, BEATRIZ FLORES, BLANCA FLORES, IGNATIA FLORES, JUAN FLORES, MARTIN FLORES, NIDIA FLORES, RACHEL FLORES, REFUGIO FLORES, SARA FLORES, ROBERT FLOREZ, MARY FOREMAN, EFRAIN FRANCO, MARIA R. FRANCO, RAUL FRANCO, CELINA FRESCAS, DANIEL FRESCAS, EMMA FRESCAS, MARIA FRESCAS, EDDIE FUENTES, JESSIE FUENTES, JOSE A. FUENTES, JOSE A. FUENTES, JOSE ALFREDO FUENTES, MINNIE FUENTES, ABELARDO GALAVIZ, ARNOLD GALAVIZ, JOSE JESUS GALLARDO, JORGE GALLEGOS, JOSE L. GALLEGOS, MARIA GALLEGOS, MARIA ELVA GALLEGOS, OBDALIA GALLEGOS, RIGOBERTO GALLEGOS, CANDALARIA GALVAN, PABLO GALVAN, GEORGE GAMBOA, ANA O. GARAY, EFRAIN GARAY, JAVIER GARAY, LUIS C. GARAY, GUADALUPE GARBALENA, ABRAHAM K. GARCIA, AMALIA GARCIA, ARNULFO GARCIA, BALTZAR GARCIA, DANIEL GARCIA, ESMERALDA GARCIA, EVARISTO GARCIA, GLORIA GARCIA, GUADALUPE GARCIA, HIPOLITO GARCIA, J. CONCEPCION GARCIA, JUAN ALBERTO GARCIA, JUAN G. GARCIA, JESUS GARCIA, JOSE GARCIA, JESUS GARCIA, JULIO GARCIA, MARGARITA GARCIA, MARIA A. GARCIA, MARIA L. GARCIA, MARY ANN GARCIA, MARY JANE GARCIA, MIGUEL GARCIA, MODESTA GARCIA, OSCAR GARCIA, REBECCA

GARCIA, RODRIGO GARCIA, SANDRA GARCIA, SILVIA GARCIA, SIMON GARCIA, SYLVIA M. GARCIA, TELESFORO GARCIA, TEODORO GARCIA, CHRIS GARDNER, JUAN ALBERTO GARZA, NORMALINDA GARZA, RUBEN GAYTAN, ROBERTO GINES, ACSENCION GOMEZ, ANGELO GOMEZ, BRENDA GOMEZ, CESAR GOMEZ, ELOY GOMEZ, JAIME GOMEZ, JUAN C. GOMEZ, LEONEL GOMEZ, MARIA GOMEZ, MARIA GOMEZ, MARIBEL GOMEZ, MELANIA GOMEZ, MIGUEL GOMEZ, RAY GOMEZ, SILVIA GOMEZ, JAIME GONZALES, JESUS GONZALES, MARK A. GONZALES, MARIO ALBERT GONZALES, MINERVA GONZALES, AHMED GONZALEZ, ANA MARIA GONZALEZ, ANGIE I. GONZALEZ, ANTONLIN GONZALEZ, CESAR GONZALEZ, JESUS GONZALEZ, JESUS M. GONZALEZ, JOSE GONZALEZ, JUAN GONZALEZ, LAURA GONZALEZ, NORMA GONZALEZ, PAUL GONZALEZ, RUBEN GONZALEZ, ROSALIO GONZALEZ, SIMON GONZALEZ, MONTY L. GOREE, JAIME GRADO, RICARDA GRAJEDA, ALICE GRANADOS, CLARA GRANADOS, JOSE R. GRANADOS, JENNIFER LYNN GRAY, FORREST W. GREEN, FELIX GRIEGO, IRMA GRIJALVA, REFUBIO GRIMALDO, AMANDA GUEL, DAVID GUEL, AURELIO GUERRA, DANIEL OCHOA GUERRA, JUAN GUERRA, MAIRA GUERRA, OSCAR GUERRA, SONIA GUERRA, VERONICA GUERRA, BLAS GUERRERO, EZEQUIEL GEURRERO, JUAN GUEVERA, BLANCA GUILLEN, JESUS GURROLA, CASIMIRO GUTIERREZ, FRANCISCO J. GUTIERREZ, GENEVIVE GUTIERREZ, ISMAEL GUTIERREZ, NORMA GUTIERREZ, YGNACIA GUTIERREZ,

AMADO GUZMAN, CRISTOBAL GUZMAN, GILBERT GUZMAN, JUAN GUZMAN,
STEVEN H. GUZMAN, GEORGE HARRIS, MARK HARRIS, YOLANDA HARRIS,
JAMES EDWARD HENRY, SHANE HENSON, ALICIA HERNANDEZ, ANA MARIA
HERNANDEZ, ANTONIO HERNANDEZ, CARLOS HERNANDEZ, ELVIRA
HERNANDEZ, ESTANISLAO HERNANDEZ, GENARO HERNANDEZ, GLORIA
HERNANDEZ, GUADALUPE HERNANDEZ, GUILLERMINA HERNANDEZ, HECTOR
HERNANDEZ, ISIDRO HERNANDEZ, JESUS HERNANDEZ, LUCIA HERNANDEZ,
MANUEL HERNANDEZ, MANUEL A. HERNANDEZ, MANUEL B. HERNANDEZ, MARIA
HERNANDEZ, MARIA HERNANDEZ, MERCED HERNANDEZ, MIGUEL HERNANDEZ,
REYNALDO HERNANDEZ, SOCORRO HERNANDEZ, TELESFORO GARCIA
HERNANDEZ, VICTOR HUGO HERNANDEZ, FRANCISCO HERRERA, LEOBARDO
HERRERA, SERGIO ADRIAN HERRERA, ROY HEYD, JACINTA HIDALGO, OLIVIA
HIDALGO, RODOLFO HIDALGO, ALVIS HINSLEY, GRACIELA HOLGUIN, TRAVIS
DALE HOWELL, JESUS HUERTA, MARIA HUERTA, DREW HUGG, ANDREW HURON,
MARTIN IBANEZ, LEOBARDO IBARRA, KHONVAY INTHARATH, MARIANA
IRONFIELD, ALEJANDRO IZQUIERDO, ANTONIA JACOBO, SALOME JACOBO,
ELISA JALOME, RIQUE JALOME, MARLA JAMES, ELISEO JACQUES, LUIS A.
JIMENEZ, JUANITA JOHNSON, DOUGLAS JONES, LIBRADO JUAREZ, RAFAEL
JURADO, REYNALDO JURADO, ROBERT JURADO, ALBERTO JUAREZ, KEO
KEOPRASEUTH, PETER KEOPRASEUTH, JOHNNIE R. KNIGHT, MISTY KOWING,

DAVID LACY, ISIDRO LANDEROS, CARMEN LARA, FERNANDO LARA, MARIANA LARA, ROBERTO LARA, CAROL LAX, WESLEY LASLEY, CHARLES E. LAX, BERNADINA LEAL, JOSE LEDSMA, NORBERTO LEDEZMA, JEFFREY RICHARD LEMER, VICTOR LEON, ESTELLA LEOS, LETICIA LEOS, CARLOS LEYVA, VELIA LEYVA, LUIS LEYVA, RAY LINT, ARMANDO LIRA, GABRIELA LLAMAS, MARTIN LLAMAS, CHRIS LOPER, ELOISA LOPEZ, JOSE LUIS LOPEZ, LOCADIO LOPEZ, RAFAEL LOPEZ, OSVALDO LOPEZ, ZEFERINO LOPEZ, LOTHKEO LOUANGPRASEUTH, PHILLIP A. LOVATO, ALFREDO LOYA, CELSO LOYA, ESAUL LOYA, ESMERALDA LOYA, GUADALUPE LOYA, HORACIO LOYA, JOAQUIN LOYA, OSCAR LOZOYA, ELEAZAR LUJAN, JESUS B. LUJAN, NORMA LUJAN, GILBERTO S. MACHADO, ANTONIO MACIAS, BRENDA MACIAS, VALENTIN MADRID, JOHN MAESTAS, MARTHA MAGALLANES, IMELDA G. MALDONADO, HECTOR MALTOS, MARCO MANZO, ENRIQUE MARESTINE, JOSE A. MARIN, MA LUISA MARMOLEJA, EVANGELINA MARQUEZ, FLORENCIO MARQUEZ, JOSE MARQUEZ, JOSE D. MARQUEZ, MARIA MARQUEZ, MONCERRAT MARQUEZ, OBED MARQUEZ, ROSA MARQUEZ, ANDRES MARTINEZ, GASPAR MARTINEZ, GUADALUPE MARTINEZ, IMRA I. MARTINEZ, ISMAEL MARTINEZ, J. REFUGIO MARTINEZ, JOSE MARTINEZ, JOSE V. MARTINEZ, JUAN R. MARTINEZ, JUANA MARTINEZ, MANUEL MARTINEZ, MARIA I. MARTINEZ, MARIA J. MARTINEZ, MARIBEL MARTINEZ, MARTHA A. MARTINEZ, PATRICIA MARTINEZ, RAUL MARTINEZ, REY MARTINEZ, RICARDO

MARTINEZ, RUBEN MARTINEZ, WILLIE MARTINEZ, JOSE A. MATA, JUAN M.
MATA, LUIS MATA, DANIEL McEWAN, CEPHIA McCLENDON, VENA MARIE
McCLENDON, CHAD McEWAN, JAVIER MEDINA, JESUS MEDINA, JOSE F. MEDINA,
ELIZABETH MEDRANO, ELVIRA A. MEDRANO, ERIKA MELENDEZ, ILIASER
MELENDEZ, LUIS MENDEZ, RUBEN MELGER, CODY MELTON, CRUZITA MENDEZ,
ESTHER MENDEZ, JESUS MENDEZ, CHRISTOPHER MENDOZA, ROSA MARIA
MENDEZ, ANGEL MENDIOLA, ALEJANDRO MENDOZA, ANA MENDOZA,
ARMANDO MENDOZA, CRUZ MENDOZA, DIEGO MENDOZA, ELIAS MENDOZA,
EMETERIO MENDOZA, ESMERALDA MENDOZA, GUADALUPE MENDOZA, JESUS O.
MENDOZA, LUCILA MENDOZA, LUCIO MENDOZA, LUPE MENDOZA, MANUEL
MENDOZA, MIGUEL MENDOZA, MARTHA MENDOZA, PATRICIA MENDOZA,
ROSALIO MENDOZA, YVONNE MENDOZA, RAUL A. MEZA, ELISA MERAZ, KEITH
MERAZ, LILIA MERAZ, RITO MERAZ, SERGIO MESA, J. KENT MILLS, BRENDA
MIRAMONTES, PETE MIRANDA, MANUEL MOJICA, LAMBERTO MOLINA, JOSE
MONTANEZ, ALFREDO MONTES, AMALIA MONTES, CARLOS M. MONTOYA, JR.,
NORMA R. MORALES, VICTOR MORALES, SERGIO MORALES, OSCAR MORALES,
ANABEL MORENO, JOHNNY P. MORENO, OLGA MORENO, ROGELIO MORENO,
ARTURO MUNOZ, JOSE LUIS MUNOZ, JUAN I. MUNOZ, LINDA MUNOZ, MARCO A.
MUNOZ, MARIA MUNOZ, OSCAR MUNOZ, URSULA MUNOZ, JESUS MURGA,
JORGE MURGA, RAMON MURGA, JOSE P. MURGIA, DEANNE MURILLO, ERNESTO

MURILLO, JOSE MURRILLO, CLAUDIA NAJERA, GERARDO NAJERA, JAIME NAJERA, JOAQUIN NAJERA, JUAN NAJERA, OLIVIA NAJERA, RODRIGO NAJERA, MARTIN NARVAEZ, ROSA NATIVIDAD, JOSE L. NAVA, LORENA NAVA, LUIS NAVA, MARIA NAVA, ARTURO NAVARETTE, BOBBY M. NAVARETTE, RAMIRO NAVARETTE, JOSHUA NAVARRO, JIMMIE D. NELSON, SANTIAGO NEMENCIO, CECILIA NEVAREZ, EDGAR NEVAREZ, MARIO NEVAREZ, LINDA NINO, SITHA NOUANSIRI, VALENTS NUNEZ, CARLOS OCHOA, LETICIA OCHOA, RAFAEL OCON, GUSTAVO OHRSTROM, JOSE R. OJEDA, TONY OJEDA, ANDREA OLAGUE, JOSE OLALDE, ANABEL OLIVA, JOSE LUIS OLIVA, SANTIAGO OLIVAREZ, CAROLINA OLIVERA, CARLOS M. OLIVERA, CLORINDA OLIVERA, MARIA P. OLIVEROS, RICARDO OLIVO, GUADALUPE OLMEDO, DORA ONOFRE, RICARDO ONOFRE, MANUEL ONTIVEROS, MARIA ONTIVEROS, MICAELA ONTIVEROS, MISAEL CONDE ONTIVEROS, SANTIAGO ONTIVEROS, NORMA L. ORDAZ GARCES, GONZALO ORDONEZ, MARIBEL ORDONEZ, ROBERTO ORDONEZ, JESUS OROPEZA, CYNTHIA OROZCO, PATRICIA OROZCO, REYNALDO OROZCO, CONRADO ORTEGA, GRACIE ORTEGA, JESSICA ORTEGA, JESUS ORTEGA, MANUEL ORTEGA, MANUELA ORTEGA, PEDRO ORTEGA, ANTONIO G. ORTIZ, EUGENE ORTIZ, ISELA ORTIZ, JOVITA ORTIZ, MARIA ORTIZ, OLINDA ORTIZ, OSCAR ORTIZ, REBECCA ORTIZ, ERASMO OSTOS, JULIE MARTINEZ PADILLA, RENE PADILLA, AMADOR PADRON, BRICIO PADRON, OSCAR M. PAEZ, LUPE

PALMA, PILAR PALOMONAS, RUTILO PALOMARES, JUAN D. PAREDES, RODNEY PARKS, ALFONSO PARRA, ALFONSO PARRA, BELINDA PARRA, GERARDO PARRA, IVON PARRA, JOEL PARRA, LUIS PARRA, MANUELA PARRA, MARCO PARRA, ROSA PARRA, SABINA PAZ, EVARISTO PELAYO, ISMAEL PELAYO, OLGA PELAYO, LUIS PENA, BERTHA A. PEREZ, GEORGIA PEREZ, JOSE A. PEREZ, MIGUEL PEREZ, REBECCA PEREZ, RICKY PERRY, JOSEPH PHADIE, KHANPHONG PHIMMASONE, PHATPHAYVONG PHIMMASONE, KHAMPHANH PHOTHISENE, KHANH PHOTHISENE, JAVIER PICHARDO, JAVIER PINON, MARIA PINON, OSCAR PINON, DIANA PIZANA, EFREN PIZANA, JOSE PONCE, ELENA PORRAS, GILBERTO PORRAS, LORENA PORRAS, ALFREDO PRADO, GUSTAVO PRADO, JOSEFINA PRECIADO, IRIS J. PREZA, ANA LILIA PROSPERO, CARLOS PROSPERO, ARMANDO QUEZADA, JUAN QUILODRAN, JOSE QUINONEZ, FERNANDO QUINTANA, SANDRA QUINTANILLA, ARMANDO QUIROZ, AUSENCIA QUIROZ, ESTELA RAMIREZ, JACQUELINE RAMIREZ, JUAN R. RAMIREZ, MANUEL RAMIREZ, MARIA RAMIREZ, MARIO RAMIREZ, ARTURO RAMOS, FELIPE RAMOS, JESUS RAMOS, OCTAVIO RAMOS, KHOUN RATTANA, OSCAR REGALADA, REYNALDO REGINO, JOSIE RENDON, DOLORES RENTERIA, MIGUEL RENTERIA, ZULEMA REVELEZ, ADAN REYES, ARTURO REYES, DARIO REYES, ESPERANZA REYES, FELIPE REYES, IRENE REYES, IRMA REYES, JUAN G. REYES, JUAN REYES, JR., MARIA I. REYES, ORALIA REYES, RAQUEL REYES, ROBERT REYES, RODOLFO

REYES, ROSA MARIA REYES, ROSARIO REYES, SIMONA REYES, YOLANDA REYES, CECILIA C. REYNA, CHAD W. RHOADES, JEFF RICKETSON, MARIO RICO, CYNTHIA L. RIEDLE, MARCUS RIOJAS, ABEL RIOS, JOSE RIVAS, PAULA RIVAS, CECILIA RIVAS, ELIZABETH RIVERA, JOANNE RIVERA, MANUEL RIVERA, APOLONIO RIVERO, TONYA ROBERTS, TERRY ROBERTSON, OLGA ROBLES, A. RODRIGUEZ, ALONSO RODRIGUEZ, ANGEL RODRIGUEZ, JR., ANTONIO RODRIGUEZ, ARMANDO RODRIGUEZ, ARNULFO RODRIGUEZ, ELIAS RODRIGUEZ, GABRIELA RODRIGUEZ, JESUS RODRIGUEZ, JOE H. RODRIGUEZ, JULIO RODRIGUEZ, LASARO RODRIGUEZ, LUIS G. RODRIGUEZ, MARIA RODRIGUEZ, MARIA Y. RODRIGUEZ, MARTIN RODRIGUEZ, MONICA RODRIGUEZ, NANCY RODRIGUEZ, PEARL R. RODRIGUEZ, RAMIRO RODRIGUEZ, RODOLFO RODRIGUEZ, ROSALVA RODRIGUEZ, RUBEN RODRIGUEZ, SYLVIA RODRIGUEZ, VRIGINIA RODRIGUEZ, MARIA ROJAS, PERFECTO ROJAS, ADELAIDA ROMERO, JOSE M. ROMERO, PEDRO ROMERO, DIANA ROMO, LEONARDO ROMO, MARIO RONQUILLO, ESMERALDA ROSAS, FELIPE RUBIO, JAVIER RUBIO, NICHOLAS RUHLE, ALMA RUIZ, CESAR RUIZ, GUADALUPE RUIZ, LUIS RAY RUIZ, JOSE ANTONIO RUIZ, JUAN M. RUIZ, LEONEL RUIZ, MARTHA RUIZ, RUBEN RUIZ, JUVENAL SAAVEDRA, MARIA SAAVEDRA, NANCY SAAVEDRA, RICARDO SAAVEDRA, JOSE L. SAENZ, REUBEN R. SAENZ, ANDREW SALAZAR, ARTURO SALAZAR, JUAN MANUEL SALAZAR, MARGIE SALAZAR, AMANDA SALCIDO,

ERICK SALCIDO, JOSE M. SALCIDO, JUAN C. SALCIDO, LILIA SALCIDO, JESUS RAMON SALDIVAR, LAURA LUIS SALINAS, CANDELARIO SANMANIEGO, AUGUSTIN SANCHEZ, BENITO SANCHEZ, ELISA SANCHEZ, HUGO SANCHEZ, JOEL SANCHEZ, JORGE SANCHEZ, JOSE R. SANCHEZ, LEON SANCHEZ, LORETO SANCHEZ, MINERVA SANCHEZ, ORAIDA SANCHEZ, OTILIO SANCHEZ, PAULINE SANCHEZ, PATRICIA SANCHEZ, RAFAEL J. SANCHEZ, RAMIRO SANCHEZ, RENATO SANCHEZ, TOMAS SANCHEZ, GERARD DANIEL SANDOVAL, CARLOS SANTOS, OSCAR SARABIA, MARIA SARIMIENTO, ELISA SAUSEDA, ESTELA SAUCEDA, OTILIO SAUCEDA, DAVID SCHEAR, TEODORO SEGOVIA, VERONICA SENDEJO, MARIA SEQOVIA, JOSE ANGEL SERATO, LETICIA SERRATO, TOMAS SERNA, JOHNNY SHAW, SANDRA SIGALA, ANA MARIE SILVA, RICHARD SINTAS, DAVID SLATER, RAMON SOLIS, ARNULFO SOSA, MARIA SOSA, OFELIA SOSA, NOELIA SOTELO, ALBINO SOTO, MANUELA SOTO, MIGUEL SOTO, SENGCHANH SOUKBANDITH, BOUNLEMMG SOURIVONG, PHOUVIENG SOURIVONG, MONICK SOUVANMAKHILY, NOU DEANG SOUVANMAKHILY, NOUHACK SOUVANMAKHILY, RITA SOUVANMAKHILY, SUKSOMPHORN SOUVANMAKHILY, THOMAS SOUVANMAKHILY, NILDA STAHLMAN, CYNTHIA STENGER, DAVID STILES, FRANCES STILES, BILLY SUSTAITA, KHAMPHIN SYBOUNHEVANG, BOUALY SYSAKAYAVONG, RAYMUNDO TABARES, DOMINGO TALAMANTES, ELAINE TALAMANTES, MANUEL G. TALAMANTES, OSVALDO TALAMANTES,

ROSA TALAMANTES, RAFAEL TALAVERA, HERMELINDA TARRANGO, MARCELA
TARRANGO, DONNA TAYLOR, ANGEL TECALCO, LUIS TECALCO, VERONICA
TENORIO, STHER TERRAZAS, JESUS TERRAZAS, JOSE RAMON TERRAZAS,
BOUTTARAT THONECHANH, ANGELA TIJERINA, IRMA TIJERINA, TED TIJERINA,
TINA TIJERINA, NOLAN CLAYTON TIPTON, JR., FRANCISCO TIRSON, DAVID
TORRES, MONSERRAT TORRES, RUBEN TORRESDAY, APOLINAR TOVAR,
HERBIERTA TOVAR, BILL B. TREVINO, DELIA G. TREVINO, ELVA TREVINO,
FRANCES TREVINO, JOSE M. TREVINO, MONICA TREVINO, SERGIO SANCHEZ
TREVINO, PEDRO URRUTIA, GARY VALDAN, ARTURO VALDEZ, CAROL VALDEZ,
ESMERALDA VALDEZ, MATILDE VALDEZ, CAROLINE VALENCIA, BLANCA
VALENZUELA, CLARISSA VALENZUELA, MANUEL VALENZUELA, JUAN M.
VALLES, ANGEL VALVERDE, MARIA VALVERDE, PAUL VANDIVER, BRIT
VANSICKEL, ADELA VARGAS, CARMEN VARGAS, CONSUELO VARGAS, DANIEL
VARGAS, IRMA VARGAS, JOSE VARGAS, LUIS VARGAS, MARIA H. VARGAS,
MARIA J. VARGAS, RAUL VARGAS, ABIGAIL VASQUEZ, ALFREDO VASQUEZ,
ANDREA K. VASQUEZ, ARTURO VASQUEZ, BEATRIS VASQUEZ, BRENDA
VASQUEZ, CARLOS VASQUEZ, CARLOS J. VASQUEZ, CRUZ E. VASQUEZ, LUCIO
VASQUEZ, MICHELLE VASQUEZ, NORMA VASQUEZ, ROBERT J. VASQUEZ,
ANARVOL VEDOY, MARIA VEDOY, BRENDA VELA, YVETTE VELA, CHRISTOPHER
VELASCO, JACQUELINE VELIZ, DAVID VENABLE, ANTONIA VENZOR, NATALIA

VENZOR, JESUS VERA, BRENDA VERDIER, INOSENSIO VERDINES, DORI VIGIL, JESUS M. VILLA, RODOLF VILLA, ALEJANDRO VILLALOBOS, CECILIA VILLALOBOS, CHRIS VILLALOBOS, MARIA VILLALOBOS, MARIA VILLALON, AUDEN B. VILLAREAL, ELIZABETH VILLAREAL, ISAIAS B. VILLARREAL, ALEJANDRO VILLASENOR, AUDELINA VILLAVIENCIO, MARIA VILLEGAS, OSCAR VILLEGAS, JORGE VILLELA, CLEMENTINA VOCIA, PANNYASY VONGSY, BOUALA VORADY, SCOTT D. WALKER, GEORGE M. WARD, ANSON WASHINGTON, ROBERT G. WOODS, CHUCK L. WHITE, CAROLYN WHITFIELD, ELIZABETH WRIGHT, FRED YOUNG, FREDDIE E. YOUNG, CARMEN A. ZAMARIPPA, GENARO GALLEGOS ZAMARIPA, RAFAEL ZAMARIPPA, AMELIA ZAMORA, KATY ZAMORA, ELVIA ZAPATA, JAVIER ZAPATA, RUPERTO ZAVALA, SUSANA ZAVALA, ELOISA ZENDEJAS, MARY ANN ZEPEDA, RITA ZEPEDA, JOSE RAFAEL ZOMETA, CRUZ ZUBIA, RIGO ZUBIA, SANDRA ZUBIA PINON, JUAN ZUNIGA, who are named Plaintiffs and are hereby filing their consents. Plaintiffs are residents of Moore County, Texas, or adjacent counties. They bring this action on behalf of themselves and representatives of similarly situated workers who have filed and will file consents to join in this action.

4.    Defendant **CONAGRA BEEF COMPANY** is a corporation engaged in the production of goods for commerce in the State of Texas and at various other locations in the United States.

<u>FACTS</u>

5.     At various times up until January 2000, Plaintiffs have been employed in the
production of goods for commerce at the meat packing plants operated by Defendant
CONAGRA BEEF COMPANY in Cactus, Texas and others similarly situated are employed
at various locations in the United States.

6.     During this time Defendant CONAGRA BEEF COMPANY failed to pay Plaintiffs
and others similarly situated their regular rate of pay for all hours of work they performed
up to 40 hours per week and failed to pay them overtime for hours of work they performed
in excess of 40 hours per week as required by the Fair Labor Standards Act.

7.     The failure to pay plaintiffs and other non-exempt hourly employees in similarly
situated their lawful wages under the Fair Labor Standards Act included, but was not
limited to, failing to pay them for time spent donning and doffing sanitary and safety
equipment, obtaining and sharpening knives, working on the kill floor and elsewhere at the
direction of their employer before and after the scheduled end of their shift, cleaning safety
and sanitary equipment, removing equipment from his or her locker for purposes of
fumigation, the health requirement that employees in rendering must shower off the clock
each day, the unlawful and arbitrary calculation of pay on the basis of ":gang-time",
especially as it relates to employees who work in areas other than the kill floor, the
unilateral alteration of his or her hourly time by manipulation of the KRONOS time
downward and the failure to give the employees 30 minutes at lunch during which time no
work is performed and not giving the employees 15 minutes paid break at which time no

work is performed, among others.

8.      Numerous similarly situated individuals working in the production of goods for commerce at the Defendant's packing plants in Cactus, Texas, and other plants were also deprived of their lawful wages under the Fair Labor Standards Act in the same manner as Plaintiffs. This action is also brought on behalf of those similarly situated workers.

9.      The Defendant's failure to pay Plaintiffs and similarly situated workers their lawful wages required by the Fair Labor Standards Act was wilful. Despite its knowledge that time spent donning and doffing safety equipment, obtaining and sharpening knives, cleaning equipment removing equipment from his/her locket(s) for purposes of fumigation, the health requirement that employees in rendering must shower off the clock each day, unilateral alteration of his/her hourly time by manipulation of the KRONOS time downward and the failure to give the employees 30 minutes at lunch during which time no work is performed, the use of the arbitrary method of calculating pay on the basis of "gang time", not only on the kill floor but in other areas of the ConAgra Beef Company plants, including but not limited to fabrication, fresh offal and omasum, ConAgra Beef Company took no steps to compensate workers at its plants in the Sate of Texas and at various other locations for this time and, on information and belief, took no steps to compensate workers at its other plants for this time and unlawfully deleted time from their records and failed to maintain records required by the act in an effort to conceal this practice

## REPRESENTATIVE ACTION.

10.    Plaintiffs bring this action on behalf of themselves and all similarly situated

fabrication, maintenance, slaughter and related or connected employees of ConAgra Beef

Company.  Plaintiffs request that notice be issued to these employees informing them of

their right to file consents to join in this action.

## CAUSE OF ACTION

11.    Plaintiffs and similarly situated workers are entitled to relief pursuant to

29 U.S.C. §216(b) of the Fair Labor Standards Act.

12.    Plaintiff brings this cause seeking the equitable tolling by estoppel of the statute of

limitations beyond three (3) years and seeks recovery back to the time ConAgra Beef

Company installed the KRONOS system.  ConAgra Beef Company regularly atlers the

KRONOS time records unilaterally adjusting "punch in" and "punch out" times downward

thereby deleting employee time that employees are entitled to be paid.  ConAgra Beef

Company alters the KRONOS records unilaterally and without the employees approval and

in some case without their knowledge.  This practice is a per se violation of the Fair Labor

Standards Act.  Plaintiffs are entitled to go beyond the three (3) year statute of limiations as

a result of ConAgra Beef Company' unlawful alteration of the KRONOS records and the

fraudulent concealment of same and the company-wid policy of the labor cost reduction by

working off the clock and manipulating the KRONOS to increase management's bonus and

corporate profits, all at the expense of the employees.

## PRAYER FOR RELIEF

Plaintiffs' Original Complaint                    45

Wherefore, Plaintiffs pray that this Court:

1.    Issue notice to all similarly situated employees of ConAgra Beef Company informing them of their right to file consents to join in this action;

2.    Declare that Plaintiffs and similarly situated workers who file consents to join this suit are entitled to pay for all of their FLSA-defined hours of work, including, but not limited to, time spent donning and doffing sanitary and safety equipment, obtaining and sharpening knives, working on the kill floor, cleaning safety and sanitary equipment, removing equipment from lockers for purposes of fumigation, the health requirement that employees in rendering must shower off the clock each day, the unilateral alteration of hourly time by manipulation of the KRONOS time downward and the failure to give the employees 30 minutes at lunch during which time no work is performed, the unlawful and arbitrary calculation of pay on the basis of "gang time" particularly (but not limited to) areas other than the kill floor;

3.    Declare the statute of limitations is tolled and allow the employees to recover their unpaid wages and overtime back to the date the KRONOS time keeping system was installed;

4.    Award Plaintiffs and similarly situated workers who file consents to join in this suit, their unpaid regular hourly wages for hours of work up to 40 hours per week and their unpaid overtime for all hours of work in excess of 40 hours per week, and equal amount of liquidated damages, attorneys fees and costs of suit and such other relief as this Court

Plaintiffs' Original Complaint                                46

deems just and proper.

Respectfully submitted,

LESLY & RUSS, PLLC
John Lesly, P.C.
SBN: 12232500
Philip R. Russ, P.C.
SBN: 17406000
2700 S. WESTERN, SUITE #1200
AMARILLO, TEXAS 79109
(806)468-8828
(806)358-9296 - FAX


BY: _____
John Lesly, P.C.
SBN: 12232500